# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: SMITH, MARY ANNE                          § Case No. 10-27085
                                                 §
                                                 §
Debtor(s)                                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $15,569.00 | Assets Exempt: $5,209.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $4,475.09 | Claims Discharged Without Payment: $54,796.71 |
| Total Expenses of Administration: $1,330.55 | |

3)  Total gross receipts of $    5,805.64    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $5,805.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $29,804.00 | $24,971.10 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,330.55 | 1,330.55 | 1,330.55 |
|   PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 44,689.00 | 47,463.80 | 47,463.80 | 4,475.09 |
| **TOTAL DISBURSEMENTS** | $74,493.00 | $73,765.45 | $48,794.35 | $5,805.64 |

4) This case was originally filed under Chapter 7 on June 16, 2010. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _10/20/2011_____    By: _/s/MICHAEL G. BERLAND_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Buick Ranier-scheduled | 1129-000 | 5,805.00 |
| Interest Income | 1270-000 | 0.64 |
| **TOTAL GROSS RECEIPTS** | | $5,805.64 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Ford Motor Credit Company LLC | 4110-000 | 26,009.00 | 24,971.10 | 0.00 | 0.00 |
| NOTFILED | Bellevue State Bank | 4110-000 | 3,795.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $29,804.00 | $24,971.10 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,330.55 | 1,330.55 | 1,330.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,330.55 | 1,330.55 | 1,330.55 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bellevue State Bank | 7100-000 | N/A | 3,153.99 | 3,153.99 | 297.38 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 32,881.00 | 15,469.76 | 15,469.76 | 1,458.55 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 11,748.14 | 11,748.14 | 1,107.66 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,989.81 | 4,989.81 | 470.46 |
| 5 | PYOD LLC ic/ Citibank/Resurgent Capital | 7100-000 | N/A | 3,148.20 | 3,148.20 | 296.83 |
| 7 | American Express Centurion Bank, co Beckett & Lee | 7100-000 | N/A | 995.88 | 995.88 | 93.90 |
| 8 | PYOD LLC , Citibank. co Resurgent Capital | 7100-000 | N/A | 7,958.02 | 7,958.02 | 750.31 |
| NOTFILED | Universal Card/Citibank | 7100-000 | 7,883.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 981.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank/Sears | 7100-000 | 2,944.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 44,689.00 | 47,463.80 | 47,463.80 | 4,475.09 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 10-27085 | **Trustee:** (520196)   MICHAEL G. BERLAND |
| **Case Name:** SMITH, MARY ANNE | **Filed (f) or Converted (c):** 06/16/10 (f) |
| | **§341(a) Meeting Date:** 07/29/10 |
| **Period Ending:** 10/20/11 | **Claims Bar Date:** 11/01/10 |

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-Bellevue Bank-scheduled | 700.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account-Bellevue Bank-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household furnishings-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household electronics-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | CD collection-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing apparel-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Whole life policy-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Comcast stock-scheduled | 459.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2006 Buick Ranier-scheduled | 12,760.00 | 0.00 | DA | 5,805.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.64 | Unknown |
| 11 | **Assets**       **Totals** (Excluding unknown values) | **$15,569.00** | **$0.00** | | **$5,805.64** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee compromised his interest in a vehicle.

**Initial Projected Date Of Final Report (TFR):**       December 31, 2013          **Current Projected Date Of Final Report (TFR):**       December 31, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-27085 |
| **Case Name:** | SMITH, MARY ANNE |
| **Taxpayer ID #:** | **-***7572 |
| **Period Ending:** | 10/20/11 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******02-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/10 | {10} | Cahrter One | Payment for interest in Buick Ranier per court order | 1129-000 | 5,805.00 | | 5,805.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.32 | | 5,805.32 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,805.36 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,805.40 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,805.44 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,805.48 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,805.52 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,805.56 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,805.60 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,805.64 |
| 05/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 5,805.64 |
| 05/02/11 | | To Account #9200******0266 | Distribution for final distribution | 9999-000 | | 5,805.64 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 5,805.64 | 5,805.64 | $0.00 |
| Less: Bank Transfers | 0.00 | 5,805.64 |
| **Subtotal** | 5,805.64 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$5,805.64** | **$0.00** |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-27085 | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** SMITH, MARY ANNE | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******02-66 - Checking Account |
| **Taxpayer ID #:** **-***7572 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 10/20/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/02/11 | | From Account #9200******0265 | Distribution for final distribution | 9999-000 | 5,805.64 | | 5,805.64 |
| 05/03/11 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,330.55, Trustee Compensation;  Reference: | 2100-000 | | 1,330.55 | 4,475.09 |
| 05/03/11 | 102 | Bellevue State Bank | Dividend paid  9.42% on $3,153.99; Claim# 1; Filed: $3,153.99; Reference: | 7100-000 | | 297.38 | 4,177.71 |
| 05/03/11 | 103 | Chase Bank USA, N.A. | Dividend paid  9.42% on $15,469.76; Claim# 2; Filed: $15,469.76; Reference: | 7100-000 | | 1,458.55 | 2,719.16 |
| 05/03/11 | 104 | Chase Bank USA, N.A. | Dividend paid  9.42% on $11,748.14; Claim# 3; Filed: $11,748.14; Reference: | 7100-000 | | 1,107.66 | 1,611.50 |
| 05/03/11 | 105 | Chase Bank USA, N.A. | Dividend paid  9.42% on $4,989.81; Claim# 4; Filed: $4,989.81; Reference: | 7100-000 | | 470.46 | 1,141.04 |
| 05/03/11 | 106 | PYOD LLC ic/  Citibank/Resurgent Capital | Dividend paid  9.42% on $3,148.20; Claim# 5; Filed: $3,148.20; Reference: | 7100-000 | | 296.83 | 844.21 |
| 05/03/11 | 107 | American Express Centurion Bank, co Beckett & Lee | Dividend paid  9.42% on $995.88; Claim# 7; Filed: $995.88; Reference: | 7100-000 | | 93.90 | 750.31 |
| 05/03/11 | 108 | PYOD LLC , Citibank. co Resurgent Capital | Dividend paid  9.42% on $7,958.02; Claim# 8; Filed: $7,958.02; Reference: | 7100-000 | | 750.31 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,805.64 | 5,805.64 | $0.00 |
| Less: Bank Transfers | 5,805.64 | 0.00 | |
| **Subtotal** | 0.00 | 5,805.64 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $5,805.64 | |

| | |
|---|---|
| Net Receipts : | 5,805.64 |
| Net Estate : | $5,805.64 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******02-65** | 5,805.64 | 0.00 | 0.00 |
| **Checking # 9200-******02-66** | 0.00 | 5,805.64 | 0.00 |
| | $5,805.64 | $5,805.64 | $0.00 |